Walter J. O'Hara, Appellee, v. Julio Carrillo et al., and **F. & B.** Manufacturing Company, Defendants Below.
On Appeal of Julio Carrillo, Appellant.

**Gen. No. 47,335.**

First District, First Division.
January 26, 1959.
Released for publication February 19, 1959.

Lommen D. Eley, for defendant-appellant; John A. Brown, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. **Not to be published in full.**